

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2015

No. 04-14-00741-CV

Deidre Elane **SCHAMP**,
Appellant

v.

Edward **MITCHELL**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-20583
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Appellee Edward Mitchell's brief was due February 4, 2015. Neither the brief nor a motion for extension of time has been filed.

We **order** Mitchell to file his appellee's brief by **February 20, 2015**. If the brief is not filed by the date ordered, we will order the case submitted without an appellee's brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court